**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Wayne Lamont RIVERS, Defendant–
Appellant.**

No. 08–10704
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 24, 2008.

Joseph A. Ingram, Birmingham, AL, for Defendant–Appellant.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before ANDERSON, HULL and FAY, Circuit Judges.

PER CURIAM:

James O'Kelley, appointed counsel for Wayne Rivers in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rivers's revocation of supervised release and resulting sentence are **AFFIRMED.**